UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

PLAINTIFF

v. Case No. 4:26cv949-DPM

MATTHEW FORD DEFENDANT

## CONSENT JUDGMENT

This matter coming before the Court at this time, the Court being informed in the premises and it appearing that the parties agree and consent to a judgment as set forth herein, and the Defendant, Matthew Ford, having consented to the terms of this Order and having waived any defenses and the formal service of further process in this action, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the Plaintiff in the principal amount of $26,000.00 with no interest accrued.

2. Execution of the Judgment shall be stayed on the condition that the Defendant shall satisfy this Judgment by making full payment in the principal amount of $26,000.00 with no interest accrued. Payments shall be made in the amount of $150.00 biweekly payments per month for a total of $300.00 per month, which are due and payable on the 10th and 25th of each month, beginning October 10, 2026, until the debt is satisfied in full. Pursuant to Executive Order 14247 all civil debt payments must be made through https://www.pay.gov.

3. That the Defendant shall submit to the Plaintiff for review on at least an annual basis, if requested, a statement of his financial condition and that such information shall be grounds to increase the payments of the Defendant to the Plaintiff at that time.

4. The Judgment shall be filed with the county clerk of the county of residence of the Defendant and any other jurisdiction where the Plaintiff deems appropriate.

5. In the event the Defendant defaults in the payment of any installment due under this order, upon application by the Plaintiff after notice to the Defendant, an execution shall be issued by the Clerk for the full amount of the indebtedness certified to be due and outstanding.

6. Notice to the Defendant pursuant to Paragraph 5 above shall be deemed due and sufficient notice if sent by first class mail, postage prepaid to the defendant, Matthew Ford, 6727 Koeing Road, Pine Bluff, Arkansas 71601, at least ten (10) days prior to the issuance of such execution.

CONSENTED TO:

JONATHAN D. ROSS
UNITED STATES ATTORNEY

Shannon S. Smith — 9/17/26

SHANNON S. SMITH
ASSISTANT U.S. ATTORNEY

DATE

M. Ford — 9/16/26

MATTHEW FORD
DEFENDANT

DATE

APPROVED:

D.P. Marshall Jr. — 1 October 2026

UNITED STATES JUDGE

DATE